# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3958

_____

Ollie M. Hollman,

      Appellant,

v.

Thomas L. Nellums, Sr., Owner, Tee
and E Trucking/Tee and E Trucking,
Inc.,

      Appellee.

\*
\*
\*
\*
\*    Appeal from the United States
\*    District Court for the
\*    Eastern District of Missouri.
\*
\*    [UNPUBLISHED]
\*
\*
\*

_____

Submitted: January 28, 2010
Filed: February 2, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Ollie M. Hollman appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination suit against her former employer. Having carefully reviewed the record and considered Hollman's arguments, we find no basis for reversal. See Gordon v. Shafer Contracting Co., 469 F.3d 1191, 1194 (8th Cir.

---

[1]The Honorable Henry Edward Autrey, United States District Judge for the Eastern District of Missouri.

2006) (de novo standard of review).  Accordingly, we deny the parties' pending motions and affirm the district court's judgment.  <u>See</u> 8th Cir. R. 47B.

_____